UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WILLIAM ELLIS SULLIVAN,

    Plaintiff,

v.                                         Case No.:    8:21-cv-00247-JLB-AAS

GREAT LAKES MINERALS, LLC,
and R. WILBUR SMITH & CO., INC.,

    Defendants.
_____/

## ORDER

    This matter is before the Court upon the United States of America's Notice of Election to Decline Intervention (Doc. 25). Because this action is brought pursuant to the False Claims Act (*see generally* Doc. 1), the United States must "notify the court that it declines to take over the action, in which case the person bringing the action shall have the right to conduct the action." 31 U.S.C. § 3730(b)(4)(B).

    Accordingly, it is hereby **ORDERED** that:

1. The Complaint (Doc. 1) be unsealed and served on the Defendants by the Relator, unless the action is first dismissed.

2. All other contents of this action remain under seal and may not be made public or be served upon the Defendants, except for this Order and the United States's Notice of Election to Decline Intervention (Doc. 25).

3. The Relator is **DIRECTED** to serve this Order and the Government's Notice of Election to Decline Intervention upon the Defendants after

service of the Complaint.

4. The seal be lifted as to all other matters in this action after the date of this Order.

5. The parties are **DIRECTED** to serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States in accordance with 31 U.S.C. § 3730(c)(3).

6. The United States may order any deposition transcripts and is entitled to intervene in this action at any time for good cause.

7. The parties are **DIRECTED** to serve all notices of appeal upon the United States.

8. All orders of this Court **SHALL** be sent to the United States.

9. Should the Relator or Defendants propose that this action be dismissed, settled, or otherwise discontinued, they shall first solicit the written consent of the United States pursuant to 31 U.S.C. § 3730(b)(1).

**ORDERED** in Tampa, Florida on October 6, 2025.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE